IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOANGELA LUCAS                                                                                            PLAINTIFF

V.                                                 No. 2:05cv00010 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                               DEFENDANT

## JUDGMENT

Consistent with the Memorandum and Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 3rd day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE